## CONSERVATIVE LIFE INSURANCE CO v BOLLINGER

Ohio Appeals, 6th Dist, Lucas Co

Decided May 13, 1935

Frederick W. Gaines, Toledo, for plaintiff in error.

Joseph O. Eppstein, Toledo, and Okum & Friedman, Toledo, for defendant in error.

For full opinion see 4 OO 572; 51 Oh Ap 191.